UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DANE WILSON,

                Plaintiff,

      -against-                                     **ORDER**
                                                          23 CV 7771 (NRM) (CLP)

CITY OF NEW YORK, *et al.*,

                Defendants.
---------------------------------------------------------- X

**POLLAK**, United States Magistrate Judge:

On December 3, 2024, this Court held a status conference in the above-captioned case, at which *pro se* plaintiff Dane Wilson and counsel for defendants attended. (See Minute Entry 12/4/2024). At the conference, Mr. Wilson indicated that he had retained counsel, Mr. Meir Moza, who has been acting on Mr. Wilson's behalf. However, Mr. Moza has not filed a notice of appearance in this case.

All parties, including plaintiff Wilson and his counsel, Mr. Moza, are directed to appear for a status conference in the above-referenced case as follows:

| | |
|---|---|
| DATE: | **DECEMBER 17, 2024** |
| TIME: | **1:15 PM** |
| LOCATION: | Courtroom 13B South<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |

The Court will send a copy of this Order to Mr. Wilson and Mr. Moza by mail.

    **SO ORDERED.**

Dated: Brooklyn, New York
       December 6, 2024

                                                           /s/ Cheryl L. Pollak
                                                           Cheryl L. Pollak

_____
United States Magistrate Judge
Eastern District of New York